1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TRAYVON C. HARBOR,                     No.  2:14-cv-1781 WBS EFB P (TEMP)

12                 Plaintiff,

13        v.                                ORDER

14   DOCTOR FRAZE et al.,

15                 Defendant.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  Plaintiff seeks relief

18   pursuant to 42 U.S.C. § 1983.

19        On April 14, 2015, plaintiff filed a request for reconsideration of then-Magistrate Judge

20   Dale A. Drozd's order filed March 30, 2015.  In the order, Judge Drozd found that plaintiff's

21   complaint appeared to state a cognizable claim for relief under the Eighth Amendment against

22   defendant Dr. Dhillon in connection with a knee injury plaintiff had suffered.  Judge Drozd also

23   found, however, that plaintiff's complaint did not state a cognizable claim against named

24   defendants Sahota, Copley, Lewis, and Zamora because plaintiff had failed to allege how these

25   defendants were "deliberately indifferent" to his serious medical needs.

26        Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless

27   "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the court finds that it

28   does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  To

1

1  the contrary, the court finds the magistrate judge's analysis and conclusions in that Order to be

2  correct.

3          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (Doc.

4  No. 19) is denied.

5  Dated:  January 26, 2016

6  _____

   WILLIAM B. SHUBB
7  UNITED STATES DISTRICT JUDGE

8  /harb1781.850

2